**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | |
|---|---|
| **LINDA COAKER,** | ) |
| **Plaintiff,** | ) |
| | ) |
| **vs.** | ) **CIVIL ACTION NO.: 10-00589-KD-M** |
| | ) |
| **WASHINGTON COUNTY BOARD OF** | ) |
| **EDUCATION,** *et al.,* | ) |
| **Defendants.** | ) |

**ORDER**

This matter is before the Court a review of the record.  On October 14, 2011, the parties filed a status report regarding settlement, indicating that settlement was likely to occur within a few weeks time.  (Doc. 17).  There has been no activity in this case since that date.[1]

Accordingly, the parties are **ORDERED** to file a **Joint Status Report** on or before **December 9, 2011,** indicating whether a settlement agreement has been reached and whether assistance from the Court (through mediation or a settlement conference) is requested.

**DONE** and **ORDERED** this the **29**[th] day of **November 2011.**

/s/ Kristi K. DuBose
**KRISTI K. DUBOSE
UNITED STATES DISTRICT JUDGE**

---

1 This case is presently scheduled for a final Pretrial Conference on March 1, 2012 and for jury trial in April 2012. (Doc. 8).  Additionally, pursuant to the Rule 16(b) Scheduling Order, discovery closed on October 14, 2011 and dispositive motions were due by November 4, 2011 (none of which were filed).  (Id.)